UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3295 CAS (OPx) | Date | July 13, 2012 |
|---|---|---|---|
| Title | MIGUEL VILLAZANA v. THE MORTGAGE STORE FINANCIAL, INC., ET AL. | | |

JS-6

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**      (In Chambers:) ORDER DISMISSING CASE

On April 20, 2012, Miguel Villazana ("plaintiff") filed a complaint against the Mortgage Store Financial Inc., alleging 26 claims under California law including (1) fraud, (2) negligent misrepresentation, (3) negligence, (4) violations of predatory lending act, (5) violations of the home ownership and equity protection act, (6) violations of truth in lending act, (7) unfair business in practices, (8) concealment, (9) civil conspiracy, (10) cancellation of unconscionable contract, (11) cancellation of deed, (12) reconveyance, (13) reformation, (14) unjust enrichment, (15) breach of the covenant of good faith and fair dealing, (16) violations of consumer legal remedies act, (17) accounting, (18) quiet title, (19) injunctive relief, (20) declaratory relief, (21) to set aside trustee sale, (22) to void/cancel trustee's deed, (23) to void/cancel assignment of deed of trust, (24) wrongful foreclosure, (25) breach of fiduciary duty, (26) breach of contract. The gravamen of plaintiff's complaint is that he was the victim of a predatory lending scheme, resulting in his home being unjustly foreclosed upon. See Dkt. No. 1 at 12.

The Court ordered plaintiff to show cause on or before July 9, 2012, why the instant action should not be dismissed for lack of subject matter jurisdiction, and admonished plaintiff that failure to do so could result in the dismissal of the case with prejudice. See Dkt. No. 7 at 2. As of the date of this order, plaintiff has not responded to the order to show cause. Accordingly, the Court hereby DISMISSES plaintiff's action.

IT IS SO ORDERED.